IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARLOS TORRES, on behalf of himself and other persons similarly situated,<br><br>　　Plaintiff,<br>v.<br><br>INTELIQUENT, INC., and NEUTRAL TANDEM-LOUISIANA, LLC<br><br>　　Defendants. | CIVIL ACTION NO 17-10022<br><br>JUDGE<br>SUSIE MORGAN<br><br>MAG. JUDGE<br>MICHAEL NORTH |

## MOTION FOR DISMISSAL WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff Carlos Torres, who pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, moves to dismiss all claims he made in the above-captioned matter against defendants Inteliquent, Inc. and Twilio, Inc. without prejudice.

*Respectfully submitted:*

*/s/ William H. Beaumont*
Roberto Luis Costales
William H. Beaumont
Emily A. Westermeier
Jonathan Mille Kirkland
BEAUMONT COSTALES LLC
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
Attorneys for Plaintiff
*whb@beaumontcostales.com*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2018, a copy of the above and foregoing *Motion* was served on counsel for Defendants via the Court's CM/ECF system.

/s/ William H. Beaumont_____