IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARLOS TORRES, on behalf of himself and other persons similarly situated,<br><br>　　Plaintiff,<br>v.<br><br>INTELIQUENT, INC., and NEUTRAL TANDEM-LOUISIANA, LLC<br><br>　　Defendants. | CIVIL ACTION NO 17-10022<br><br>JUDGE<br>SUSIE MORGAN<br><br>MAG. JUDGE<br>MICHAEL NORTH |

## ORDER

After considering Plaintiff's *Motion to Dismiss Without Prejudice*, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED** and the claims of plaintiff, Carlos Torres, against defendants, Inteliquent, Inc. and Twilio, Inc., are hereby dismissed without prejudice.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (R. Doc. 17) is hereby dismissed without prejudice as moot.

New Orleans, Louisiana, this 5th day of February, 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**HON. SUSIE MORGAN**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**