IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARLOS TORRES, on behalf of himself and other persons similarly situated, | CIVIL ACTION NO 17-10022 |
| Plaintiff, | JUDGE |
| v. | SUSIE MORGAN |
| INTELIQUENT, INC., and NEUTRAL TANDEM-LOUISIANA, LLC | MAG. JUDGE |
| Defendants. | MICHAEL NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, please take notice that Plaintiff Carlos Torres voluntarily dismisses this action against Defendant Neutral Tandem-Louisiana, LLC without prejudice. Voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) is appropriate at this time because Defendant has not yet filed either an answer or motion for summary judgment.

*Respectfully submitted:*

*/s/ William H. Beaumont*
Roberto Luis Costales
William H. Beaumont
Emily A. Westermeier
Jonathan Mille Kirkland
BEAUMONT COSTALES LLC
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
Attorneys for Plaintiff
*whb@beaumontcostales.com*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 6, 2018, a copy of the above and foregoing *Notice* was

served on counsel for Defendants via the Court's CM/ECF system.

*/s/ William H. Beaumont*
