IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARLOS TORRES, on behalf of himself and other persons similarly situated,<br><br>    Plaintiff,<br>v.<br><br>INTELIQUENT, INC., and NEUTRAL TANDEM-LOUISIANA, LLC<br><br>    Defendant. | CIVIL ACTION NO 17-10022<br><br>JUDGE<br>SUSIE MORGAN<br><br>MAG. JUDGE<br>MICHAEL NORTH |

## ORDER

Considering the foregoing *ex parte* motion to withdraw co-counsel of record filed by Plaintiff;

**IT IS HEREBY ORDERED** that Emily A. Westermeier (La. Bar No. 36294) is hereby withdrawn as counsel of record for Plaintiff in the above-captioned matter.

**New Orleans, Louisiana, this 26th day of September, 2018.**

_____
**HON. SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**