UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARLOS TORRES,** on behalf of himself and other persons similarly situated, | **CIVIL ACTION NO. 17-10022** |
| Plaintiff, | |
| | **JUDGE SUSIE MORGAN** |
| **v.** | |
| **INTELIQUENT, INC., ET AL.** | **MAG. JUDGE MICHAEL NORTH** |
| Defendants. | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff, CARLOS TORRES ("Plaintiff"), and Defendant PREMIER AUTOMOTIVE, LLC ("Premier") jointly move this Court to dismiss any and all claims pleaded by Plaintiff against Premier, in this lawsuit, with prejudice and with each party to bear its or his own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Roberto Luis Costales | /s/ James M. Garner |
| ROBERT LUIS COSTALES (# 33696) | JAMES M. GARNER, T.A. (# 19589) |
| WILLIAM H. BEAUMONT (# 33005) | JOSHUA S. FORCE (# 21975) |
| EMILY A. WESTERMEIER (# 37294) | MATTHEW M. COMAN (# 23613) |
| JONATHAN MILLE KIRKLAND (# 37937) | ASHELY G. COKER (# 30446) |
| **BEAUMONT COSTALES LLC** | **SHER GARNER CAHILL RICHTER** |
| 3801 Canal Street, Suite 207 | **KLEIN & HILBERT, L.L.C.** |
| New Orleans, Louisiana 70119 | 909 Poydras Street, Twenty-Eighth Floor |
| Telephone: (504) 534-5005 | New Orleans, Louisiana 70112 |
| | Telephone: (504) 299-2100 |
| Attorneys for Plaintiff | Facsimile: (504) 299-2300 |
| CARLOS TORRES | |
| | Attorneys for Defendant |
| | PREMIER AUTOMOTIVE, LLC |