# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARLOS TORRES,** on behalf of himself and other persons similarly situated, | **CIVIL ACTION NO. 17-10022** |
| Plaintiff, | **JUDGE SUSIE MORGAN** |
| v. | |
| **INTELIQUENT, INC., ET AL.** | **MAG. JUDGE MICHAEL NORTH** |
| Defendants. | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

**CONSIDERING** the foregoing Joint Motion to Dismiss with Prejudice (the "Motion") filed by Plaintiff, Carlos Torres, and Defendant Premier Automotive, LLC ("Premier") and good cause appearing:

**IT IS HEREBY ORDERED** that, in accordance with Federal Rule of Civil Procedure 41, the Motion is **GRANTED** and any and all claims asserted by Plaintiff against Premier in this lawsuit are **DISMISSED WITH PREJUDICE**.  Each party will bear his or its own costs.

New Orleans, Louisiana, this 11th day of February 2019.

_____
SUSIE MORGAN, U.S.D.J.